## Case No. 16,184.

UNITED STATES v. RODRIGUEZ et al.

[Hoff. Land Cas. 82.] [1]

District Court, N. D. California. Dec. Term, 1855.

MEXICAN LAND CLAIMS.

No objection to this claim made by the United States.

[Claim by Maria Concepcion Valencia de Rodriguez and others for the Rancho San Francisquito, containing three-fourths of a league of land in Santa Clara county; confirmed by the board of land commissioners, and appeal taken by the United States.]

S. W. Inge, U. S. Atty.
Stanley & King, for appellees.

HOFFMAN, District Judge. The grant in this case was made on the first day of May,

[1] [Reported by Numa Hubert, Esq., and here reprinted by permission.]

1839, by Governor Alvarado, to Antonio Buelna, the husband of the claimant. Buelna, after obtaining his grant, appears by the proofs to have occupied and cultivated his land and continued to live there with his family until his decease. The present claimant, his widow, seems to be his sole heir. The United States have taken an appeal in this case, but it is submitted to us as usual without argument, or the statement of any objection to the validity of the claim. The genuineness of the grant seems to be fully proved, and the board have confirmed the claim according to a judicial measurement, which on a resurvey has been found to include less than the quantity mentioned in the grant. We think the decree of the board should be affirmed.